1432

[Cite as *03/23/2011 Case Announcements,* 2011-Ohio-1340.]

## MOTION AND PROCEDURAL RULINGS

**2010–1007. State v. Lester.**
Auglaize App. No. 2–10–20. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County.

Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine to participate in oral argument scheduled for April 6, 2011, it is ordered by the court that the motion is granted, and amicus curiae Ohio Attorney General Michael DeWine shall share the time allotted to appellee.

**2010–1372. State v. Lester.**
Auglaize App. No. 2–10–20. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Auglaize County.

Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine to participate in oral argument scheduled for April 6, 2011, it is ordered by the court that the motion is granted, and amicus curiae Ohio Attorney General Michael DeWine shall share the time allotted to appellee.

## MISCELLANEOUS DISMISSALS

**2010–1909. State ex rel. Grossenbacker v. Indus. Comm.**
Franklin App. No. 09AP–779, 2010-Ohio-4265. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–2225. State v. Miller.**
Clark App. No. 08CA0090, 2010-Ohio-4760. This cause is pending before the court as a discretionary appeal and claimed appeal of right. The records of this court indicate that appellant has not filed a merit brief, due March 18, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.